(No. 732—Claimant awarded $3,800.00.)

H. Channon Company, a Corporation, Claimant, *vs*. State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*when will be awarded.* This case is controlled by the decision of the court in *Herenden Milling Co.* v. *State, supra.*

Moran, Paltzer & O'Donnell, for claimant.

Oscar E. Carlstrom, Attorney General; Edward E. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by above claimant, in the years 1920 and 1921; total excess paid by claimant amounting to $3,800.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of social justice and equity, we award claimant the sum of $3,800.00.